IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARK WIKER** | : **CIVIL ACTION** |
| | : |
| | : |
| **v.** | : **NO. 24-2592** |
| | : |
| **LANCASTER GENERAL HEALTH, et al.** | : |

## O R D E R

**AND NOW,** this 13th day of December, 2024, it is **ORDERED** that:

1. The Defendants' motion to dismiss Counts I-IV of the First Amended Complaint [Doc. 8] is **GRANTED.**
2. Counts I-IV of the First Amended Complaint are **DISMISSED** with prejudice.
3. Count V shall remain.

BY THE COURT:

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.